UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND, BOARD OF TRUSTEES OF THE NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND, NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' WELFARE FUND, and BOARD OF TRUSTEES OF THE NEWSPAPER AND MAIL DELIVERERS'- PUBLISHERS' WELFARE FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>EL DIARIO, LLC AND IMPREMEDIA, LLC,<br><br>Defendants. | No. 18 Civ. 4156 (LAK) (KNF)<br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Newspaper and Mail Deliverers'-Publishers' Pension Fund, the Board of Trustees of the Newspaper and Mail Deliverers'-Publishers' Pension Fund, Publishers'-Newspaper & Mail Deliverers' Welfare Fund, and the Board of Trustees of the Publishers'-Newspaper & Mail Deliverers' Welfare Fund hereby dismiss the above-caption action without prejudice and without costs to any party.

Dated:   December 6, 2019 at
             New York, New York

Respectfully Submitted,

KAUFF McGUIRE & MARGOLIS LLP

By:   _/s/ Elizabeth O'Leary_____
          Elizabeth O'Leary

950 Third Avenue, Fourteenth Floor
New York, NY  10022
(212) 644-1010

*Attorneys for Plaintiffs*

4815-6369-7581.1